**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____     Chapter    __7__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **$port$nutz, Inc.** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **80-0622915** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **681 Chicago Ridge Mall, K12** **Chicago Ridge, IL 60415** Number, Street, City, State & ZIP Code | **20601 Attica road** **Olympia Fields, IL 60461** P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Cook** County | **Location of principal assets, if different from principal place of business** **681 Chicago Ridge Mall, K12 Chicago Ridge, IL 60415** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor   **$port$nutz, Inc.** _____   Case number (*if known*) _____
    Name

---

**7.   Describe debtor's business**

    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐ Railroad (as defined in 11 U.S.C. § 101(44))

    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

    ☑ None of the above

    B. *Check all that apply*

    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
       See http://www.uscourts.gov/four-digit-national-association-naics-codes.
       _____

---

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

    *Check one:*

    ☑ Chapter 7

    ☐ Chapter 9

    ☐ Chapter 11. *Check all that apply*:

        ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

---

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

    ☑ No.

    ☐ Yes.

    District _____   When _____   Case number _____

    District _____   When _____   Case number _____

---

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

    ☑ No

    ☐ Yes.

    Debtor _____   Relationship _____

    District _____   When _____   Case number, if known _____

---

Debtor    **$port$nutz, Inc.**                  Case number (*if known*) _____
_____
Name

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,000 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,000 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **$port$nutz, Inc.** _____    Case number (*if known*) _____
     Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 11, 2017** _____
             MM / DD / YYYY

**X /s/ E. Stephen Sims** _____    **E. Stephen Sims** _____
   Signature of authorized representative of debtor       Printed name

Title    **Majority Shareholder/President/CEO** _____

---

**18. Signature of attorney**

**X /s/ Deadra Woods Stokes** _____    Date    **April 11, 2017** _____
   Signature of attorney for debtor                    MM / DD / YYYY

**Deadra Woods Stokes** _____
Printed name

**Deadra Woods Stokes & Associates, P.C.** _____
Firm name

**4747 West Lincoln Mall Drive**
**Suite 410**
**Matteson, IL 60443** _____
Number, Street, City, State & ZIP Code

Contact phone    **708-283-5900** _____    Email address    **dws@deadrawoodsstokes.com** _____

**6231406** _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **$port$nutz, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 11, 2017**        *X* **/s/ E. Stephen Sims**
                                            Signature of individual signing on behalf of debtor

                                            **E. Stephen Sims**
                                            Printed name

                                            **Majority Shareholder/President/CEO**
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **$port$nutz, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................   $    0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................   $    174,000.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................   $    174,000.00

| Part 2: | Summary of Liabilities |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $    0.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................   $    15,419.58

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...........   +$    112,285.42

4.  Total liabilities ...........................................................................................
    Lines 2 + 3a + 3b   $    127,705.00

**Fill in this information to identify the case:**

Debtor name    **$port$nutz, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.       **Cash on hand** | **$2,000.00** |

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **Chase Bank** | **Operating Checking Account** | **4040** | **$300.00** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$2,300.00**

**Part 2:       Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

| 7.1.   ComEd | $200.00 |
|---|---|

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor   **$port$nutz, Inc.**                                    Case number *(If known)* _____
_____
Name

9.   **Total of Part 2.**                                              | **$200.00** |
     Add lines 7 through 8. Copy the total to line 81.

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

  ■ No.  Go to Part 4.
  ☐ Yes Fill in the information below.

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

  ■ No.  Go to Part 5.
  ☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

  ☐ No.  Go to Part 6.
  ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** **Clothing (Jerseys, Hoodies, Tees, Caps, Coats and Jackets)** | **January 2, 2017** | **$144,000.00** | **N/A** | **$144,000.00** |
| 22.   **Other inventory or supplies** | | | | |

23.   **Total of Part 5.**                                            | **$144,000.00** |
      Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
      ■ No
      ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ■ No
      ☐ Yes. Book value _____   Valuation method _____   Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ■ No.  Go to Part 7.
  ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | $port$nutz, Inc. | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

---

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** **Computers, Cash Registers and Television** | $0.00 | | $2,500.00 |

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | |
|---|---|---|---|

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $2,500.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 8:**  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

**Part 9:**  Real property

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

**Part 10:**  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Debtor    **$port$nutz, Inc.**                                      Case number (If known) _____
          Name

| **Franchise License (Pro Image sports, Inc.)** | | **$0.00** | | **$25,000.00** |

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                          **$25,000.00**

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:    All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ■ No.  Go to Part 12.
     ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor    **$port$nutz, Inc.**                                    Case number *(If known)* _____
Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,300.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $200.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $144,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $25,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $174,000.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $174,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **$port$nutz, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    **$port$nutz, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
  amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
    priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1  Priority creditor's name and mailing address<br>**Illinois Department of Revenue**<br>**Retailers Occupational Tax**<br>**Springfield, IL 62796-0001** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$15,419.58** | **$15,419.58** |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number **4810** | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1  Nonpriority creditor's name and mailing address<br>**AT&T**<br>**P.O. Box 5014**<br>**Carol Stream, IL 60197-5014** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$250.00** |
| Date(s) debt was incurred _<br>Last 4 digits of account number **7767** | Basis for the claim:  **Utility Service**<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.2  Nonpriority creditor's name and mailing address<br>**Boelter Brands, LLC**<br>**P.O. Box 8741**<br>**Carol Stream, IL 60197-8741** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,919.70** |
| Date(s) debt was incurred _<br>Last 4 digits of account number **4647** | Basis for the claim:  **Sales Tax**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | $port$nutz, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**3.3** Nonpriority creditor's name and mailing address
Card Payments International
2317 N. Hill Field Road, #104
Layton, UT 84041

Date(s) debt was incurred _
Last 4 digits of account number  2153

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services Rendered

Is the claim subject to offset? ■ No ☐ Yes

$400.00

---

**3.4** Nonpriority creditor's name and mailing address
Cynthia Keri
14237 Cleveland
Posen, IL 60469

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan

Is the claim subject to offset? ■ No ☐ Yes

$4,000.00

---

**3.5** Nonpriority creditor's name and mailing address
DIRECTV
P.O. Box 60036
Los Angeles, CA 90060-0036

Date(s) debt was incurred _
Last 4 digits of account number  3120

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utility Service

Is the claim subject to offset? ■ No ☐ Yes

$375.00

---

**3.6** Nonpriority creditor's name and mailing address
E. Stephen Sims
20601 Attica Road
Olympia Fields, IL 60461

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan

Is the claim subject to offset? ■ No ☐ Yes

$20,450.00

---

**3.7** Nonpriority creditor's name and mailing address
Express Accounting Services, Inc.
7345 Chestnut Avenue
Hammond, IN 46324

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services Rendered

Is the claim subject to offset? ■ No ☐ Yes

$400.00

---

**3.8** Nonpriority creditor's name and mailing address
Great American Products, Ltd.
1661 S. Seguin
New Braunfels, TX 78130

Date(s) debt was incurred _
Last 4 digits of account number  7959

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Good Purchased

Is the claim subject to offset? ■ No ☐ Yes

$4,001.40

---

**3.9** Nonpriority creditor's name and mailing address
Keter Environmental Services, Inc.
P.O. Box 417468
Boston, MA 02241-7468

Date(s) debt was incurred _
Last 4 digits of account number  0088

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services Rendered

Is the claim subject to offset? ■ No ☐ Yes

$202.04

Debtor   **$port$nutz, Inc.**
_____
Name

Case number *(if known)* _____

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,500.00 |
|---|---|---|---|

**Michelle Sims**
**20601 Attica Road**
**Olympia Fields, IL 60461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Nicor Gas**
**P.O. Box 0632**
**Aurora, IL 60507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility Service**

Last 4 digits of account number  **2474**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.50 |
|---|---|---|---|

**Nike USA, Inc.**
**7932 Collection Center Dr.**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Good Purchased**

Last 4 digits of account number  **6890**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,308.51 |
|---|---|---|---|

**Nike USA, Inc. (Nike Team Sports)**
**Licensed & Team Apparel**
**P.O. Box 277482**
**Atlanta, GA 30384-7482**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Good Purchased**

Last 4 digits of account number  **4600**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,643.46 |
|---|---|---|---|

**On Deck**
**1400 Broadway**
**New York, NY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Line**

Last 4 digits of account number  **7848**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**Payroll 1**
**P.O. Box 758**
**Birmingham, MI 48012-7580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility Service**

Last 4 digits of account number  **2337**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,354.00 |
|---|---|---|---|

**Plaques Plus**
**14000 Concord Dr.**
**Orland Park, IL 60462-2110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Good Purchased**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | $port$nutz, Inc. | Case number (if known) | |
|--------|------------------|------------------------|---|
| | Name | | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-------|

**Pro Image Franchise, LC**
233 North 1250 West, Suite 200
Centerville, UT 84014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Franchisor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-----------|

**Pro Image Sports**
233 N 1250 W
Centerville, UT 84014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Services Rendered - Franchise Fees

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|------|--------------------------------------------------|-------------------------------------------------------------------|--------|

**Ready Refresh**
#215 6661 Dixie Highway
Suite 4
Louisville, KY 40258

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Utility Service

Last 4 digits of account number  9104

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.26 |
|------|--------------------------------------------------|-------------------------------------------------------------------|---------|

**Speedway/Super Fleet**
Attn: Customer Service Department
P.O. 1500
Springfield, OH 45501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Services Rendered

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,323.16 |
|------|--------------------------------------------------|-------------------------------------------------------------------|------------|

**Sports Licensed Division**
21505 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Professional Services Rendered

Last 4 digits of account number  5220

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,323.02 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-----------|

**Sports Licensing Solutions/Fanmats**
P.O. Box 300026
Duluth, GA 30096-0300

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Good Purchased

Last 4 digits of account number  9270

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,889.44 |
|------|--------------------------------------------------|-------------------------------------------------------------------|------------|

**Star-West Chicago Ridge, LLC**
75 Remittance Dr., Dept. 1512
Chicago, IL 60675-1512

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Commercial Retail Lease Agreement

Last 4 digits of account number  e464

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | $port$nutz, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,532.65 |
|---|---|---|---|

**The Antigua Group**
**2903 Paysphere Circle**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** __Good Purchased__

Last 4 digits of account number __9858__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,641.81 |
|---|---|---|---|

**The CIT Group**
**Commercial Services, Inc.**
**P.O. Box 1036**
**Charlotte, NC 28201-1036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** __Collection Account__

Last 4 digits of account number __7637__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7.74 |
|---|---|---|---|

**The CIT Group**
**Commercial Services, Inc.**
**P.O. Box 1036**
**Charlotte, NC 28201-1036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** __Good Purchased__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $363.73 |
|---|---|---|---|

**Verizon Wireless**
**Bankruptcy Administration**
**P.O. BOX 3397**
**Bloomington, IL 61702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** __Services Rendered__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Village of Chicago Ridge**
**10455 S. Ridgeland**
**Chicago Ridge, IL 60415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** __Utility Service__

Last 4 digits of account number __0007__

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Starwood Retail Partners**<br>**1 East Wacker Dr., Suite 3600**<br>**Chicago, IL 60601** | Line __3.23__ <br><br>☐ Not listed. Explain _____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 15,419.58 |
| 5b. Total claims from Part 2 | 5b. + $ | 112,285.42 |

| Debtor | **$port$nutz, Inc.** | Case number (*if known*) | |
|--------|----------------------|--------------------------|--|
| | Name | | |

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.  $ _____ 127,705.00

**Fill in this information to identify the case:**

Debtor name    **$port$nutz, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Franchise Agreement** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Pro Image Franchise, LC** <br> **233 North 1250 West, Suite 200** <br> **Centerville, UT 84014** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Commercial Retail Lease Agreement** <br><br> State the term remaining — **January, 2020** <br><br> List the contract number of any government contract | **Star-West Chicago Ridge, LLC** <br> **75 Remittance Dr.** <br> **Chicago, IL 60675** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **$port$nutz, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **E. Stephen Sims** | **20601 Attica Rd.** <br> **Olympia Fields, IL 60461** | **Star-West Chicago Ridge, LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Michael Keri** | **14237 Cleveland** <br> **Posen, IL 60469** | **Star-West Chicago Ridge, LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **E. Stephen Sims** | **20106 Attica Road** <br> **`, IL 60461** | **Star-West Chicago Ridge, LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G ___2.2___ |
| 2.4 | **E. Stephen Sims** | **20106 Attica Road** <br> **Olympia Fields, IL 60461** | **Pro Image Franchise, LC** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G ___2.1___ |
| 2.5 | **Michael Keri** | **14237 Cleveland** <br> **Posen, IL 60469** | **Star-West Chicago Ridge, LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G ___2.2___ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Debtor | **$port$nutz, Inc.** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Michael Keri**<br>**14237 Cleveland**<br>**Posen, IL 60469** | **Pro Image Franchise,**<br>**LC** | ☐ D _____<br>☐ E/F _____<br>■ G   **2.1** |

**Fill in this information to identify the case:**

Debtor name    **$port$nutz, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $49,110.00 |
   | **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | $457,432.00 |
   | **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | $609,208.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | | | |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | | | | |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **$port$nutz, Inc.**                                                                                                   Case number *(if known)*

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    **$port$nutz, Inc.**                                                     Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

---

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Deadra Woods Stokes & Associates**<br>**4747 Lincoln Mall Drive, Suite 410**<br>**Matteson, IL 60443** | **Attorney Fee and Filing Fee** | **March, 2016** | **$3,835.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:    Previous Locations**

---

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

---

**Part 8:    Health Care Bankruptcies**

---

**15. Health Care bankruptcies**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **$port$nutz, Inc.**                                                   Case number *(if known)*

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Chase Bank**<br>**P.O. Box 29262**<br>**New York, NY 10087-9262** | **XXXX-1163** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **August, 2016** | **$60.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor  **$port$nutz, Inc.**                                              Case number *(if known)* _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

<div style="background:black;color:white;display:inline-block;padding:2px 6px;font-weight:bold;">Part 11:</div> **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

<div style="background:black;color:white;display:inline-block;padding:2px 6px;font-weight:bold;">Part 12:</div> **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

<div style="background:black;color:white;display:inline-block;padding:2px 6px;font-weight:bold;">Part 13:</div> **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **$port$nutz, Inc.** _____    Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. **Sport Nutz, Inc.**<br>**681 Chicago Ridge Mall, K12**<br>**Chicago Ridge, IL 60415** | **Retail Sales**<br>**E. Stephen Sims** | **Dates business existed**<br>EIN:    **80-0622915**<br>From-To    **11/2010-2/2017** |
| 25.2. **Sport Nutz, Inc.**<br>**681 Chicago Ridge Mall, K12**<br>**Chicago Ridge, IL 60415** | **Retail Sales**<br>**Cindy Keri** | EIN:    **80-0622915**<br>From-To    **11/2010-2/2017** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Rosalia Turner, CPA**<br>**11414 S. Union Ave.**<br>**Chicago, IL 60628** | **01/2013-Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Rosalia Turner, CPA**<br>**11414 S. Union Ave.**<br>**Chicago, IL 60628** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. **Michael Keri** | **01/01/2017** | **$140,000.00** |
| Name and address of the person who has possession of inventory records | | |
| **Michael Keri**<br>**14237 Cleveland**<br>**Posen, IL 60469** | | |

Debtor    **$port$nutz, Inc.**                                    Case number *(if known)* _____

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| E. Stephen Sims | 20601 Attica Rd. Olympia Fields, IL 60461 | CEO | 67% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michelle Sims | 20601 Attica Road Olympia Fields, IL 60461 | Vice President | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Cynthia Keri | 14237 Cleveland Posen, IL 60469 | Vice President | 33% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Keri | 14237 Cleveland Ave. Posen, IL 60469 | Secretary | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ☑ No
- ☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Cynthia Keri 14237 Cleveland Posen, IL 60469 | $17,276.22 | March 1, 2016 through March 15, 2017 | Wages |
| | Relationship to debtor Vice President | | | |
| 30.2. | Michelle Sims 20601 Attica Road Olympia Fields, IL 60461 | $20,066.72 | April 15, 2016 through Mach 15, 2017 | Wages |
| | Relationship to debtor Vice President | | | |

Debtor    $port$nutz, Inc.

Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | E. Stephen Sims<br>20601 Attica Rd.<br>Olympia Fields, IL 60461 | $17,500 | August 23, 2016 through March 15, 2017 | Loan Repayment & Wages Paid |
| | Relationship to debtor<br>President | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 11, 2017

**/s/ E. Stephen Sims**                                    E. Stephen Sims
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **Majority Shareholder/President/CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **$port$nutz, Inc.** _____
                                    Debtor(s)

Case No. _____
Chapter  **7**  _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 3,500.00 |
| Prior to the filing of this statement I have received | $ | 3,500.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 11, 2017** _____
*Date*

**/s/ Deadra Woods Stokes** _____
**Deadra Woods Stokes 6231406**
*Signature of Attorney*
**Deadra Woods Stokes & Associates, P.C.**
**4747 West Lincoln Mall Drive**
**Suite 410**
**Matteson, IL 60443**
**708-283-5900  Fax: 708-747-2390**
**dws@deadrawoodsstokes.com**
*Name of law firm*

---

Date  **April 11, 2017** _____

Signature  **/s/ E. Stephen Sims** _____
**E. Stephen Sims**
**Majority Shareholder/President/CEO**

# United States Bankruptcy Court
### Northern District of Illinois

In re  **$port$nutz, Inc.**
                                                         Debtor(s)

Case No. _____
Chapter  **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                 **30**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **April 11, 2017**
                                        **/s/ E. Stephen Sims**
**E. Stephen Sims/Majority Shareholder/President/CEO**
Signer/Title

AT&T
P.O. Box 5014
Carol Stream, IL 60197-5014


Boelter Brands, LLC
P.O. Box 8741
Carol Stream, IL 60197-8741


Card Payments International
2317 N. Hill Field Road, #104
Layton, UT 84041


Cynthia Keri
14237 Cleveland
Posen, IL 60469


DIRECTV
P.O. Box 60036
Los Angeles, CA 90060-0036


E. Stephen Sims
20601 Attica Road
Olympia Fields, IL 60461


Express Accounting Services, Inc.
7345 Chestnut Avenue
Hammond, IN 46324


Great American Products, Ltd.
1661 S. Seguin
New Braunfels, TX 78130


Illinois Department of Revenue
Retailers Occupational Tax
Springfield, IL 62796-0001


Keter Environmental Services, Inc.
P.O. Box 417468
Boston, MA 02241-7468


Michael Keri
14237 Cleveland
Posen, IL 60469

Michelle Sims
20601 Attica Road
Olympia Fields, IL 60461


Nicor Gas
P.O. Box 0632
Aurora, IL 60507


Nike USA, Inc.
7932 Collection Center Dr.
Chicago, IL 60693


Nike USA, Inc. (Nike Team Sports)
Licensed & Team Apparel
P.O. Box 277482
Atlanta, GA 30384-7482


On Deck
1400 Broadway
New York, NY


Payroll 1
P.O. Box 758
Birmingham, MI 48012-7580


Plaques Plus
14000 Concord Dr.
Orland Park, IL 60462-2110


Pro Image Franchise, LC
233 North 1250 West, Suite 200
Centerville, UT 84014


Pro Image Sports
233 N 1250 W
Centerville, UT 84014


Ready Refresh
#215 6661 Dixie Highway
Suite 4
Louisville, KY 40258

Speedway/Super Fleet
Attn: Customer Service Department
P.O. 1500
Springfield, OH 45501


Sports Licensed Division
21505 Network Place
Chicago, IL 60673


Sports Licensing Solutions/Fanmats
P.O. Box 300026
Duluth, GA 30096-0300


Star-West Chicago Ridge, LLC
75 Remittance Dr., Dept. 1512
Chicago, IL 60675-1512


Starwood Retail Partners
1 East Wacker Dr., Suite 3600
Chicago, IL 60601


The Antigua Group
2903 Paysphere Circle
Chicago, IL 60674


The CIT Group
Commercial Services, Inc.
P.O. Box 1036
Charlotte, NC 28201-1036


Verizon Wireless
Bankruptcy Administration
P.O. BOX 3397
Bloomington, IL 61702


Village of Chicago Ridge
10455 S. Ridgeland
Chicago Ridge, IL 60415

# United States Bankruptcy Court
## Northern District of Illinois

In re   **$port$nutz, Inc.**                                          Case No. _____
_____
                                    Debtor(s)          Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **$port$nutz, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

_April 11, 2017_____       **/s/ Deadra Woods Stokes**_____
Date                                       **Deadra Woods Stokes 6231406**
                                           Signature of Attorney or Litigant
                                           Counsel for   **$port$nutz, Inc.**_____
                                           **Deadra Woods Stokes & Associates, P.C.**
                                           **4747 West Lincoln Mall Drive**
                                           **Suite 410**
                                           **Matteson, IL 60443**
                                           **708-283-5900 Fax:708-747-2390**
                                           **dws@deadrawoodsstokes.com**