**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 1:17-BK-11401-JBS |
| | § | |
| $PORT$NUTZ, INC. | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/11/2017. The undersigned trustee was appointed on 04/11/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $26,612.57

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $3,595.16 |
   | Bank service fees | $77.53 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $22,939.88 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/17/2017 and the deadline for filing government claims was 10/08/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,411.26. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,411.26, for a total compensation of $3,411.26[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $89.58, for total expenses of $89.58.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/12/2018                By:    /s/ Deborah K. Ebner
                                       Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1  Exhibit A

| Case No.: | 17-11401-JBS | Trustee Name: | Deborah K. Ebner |
| --- | --- | --- | --- |
| Case Name: | $PORT$NUTZ, INC. | Date Filed (f) or Converted (c): | 04/11/2017 (f) |
| For the Period Ending: | 3/12/2018 | §341(a) Meeting Date: | 05/15/2017 |
| | | Claims Bar Date: | 10/17/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Cash on hand | $2,000.00 | $2,000.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 2 | Operating Checking Account Account at Chase Bank, xxxxxx4040 | $300.00 | $300.00 | | $4,913.64 | FA |
| **Asset Notes:** | | | | | | |
| 3 | ComEd | $200.00 | $200.00 | | $0.00 | FA |
| 4 | Finished goods: uiotnmg (jerseys, Hoodies, Tees, Caps, Coats and Jackets), January 2, 2017, Net Book Value: $144,000.00, Valuation Method: N/A | $144,000.00 | $144,000.00 | | $21,662.00 | FA |
| 5 | Computers, Cash Registers and Television. | $2,500.00 | $2,500.00 | | $0.00 | FA |
| 6 | Franchise License (Pro Image sports, Inc.). | $25,000.00 | $25,000.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 7 | ACCOUNTS RECEIVABLE (u) | $0.00 | $0.00 | | $36.93 | FA |

**TOTALS (Excluding unknown value)**             **Gross Value of Remaining Assets**
                    $174,000.00        $174,000.00                $26,612.57         $0.00

**Major Activities affecting case closing:**
May 2017 - Trustee's auctioneer removed inventory from premises and is in process of scheduling a sale of goods for estate.

**Initial Projected Date Of Final Report (TFR):** 12/31/2020    **Current Projected Date Of Final Report (TFR):** 12/31/2020    /s/ DEBORAH K. EBNER
                                                                                                                                   DEBORAH K. EBNER

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-11401-JBS | | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|---|
| Case Name: | $PORT$NUTZ, INC. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2915 | | Checking Acct #: | ******0101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 4/11/2017 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/12/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/24/2017 | | Rabobank, N.A. | Transfer Funds | 9999-000 | $4,890.57 | | $4,890.57 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $2.03 | $4,888.54 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $7.63 | $4,880.91 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $7.87 | $4,873.04 |
| 01/08/2018 | (4) | American Auction Associates, Inc | | 1129-000 | $21,662.00 | | $26,535.04 |
| 02/14/2018 | 5001 | American Auction Assc., Inc | Per Order EOD Feb. 13, 2018 | 3620-000 | | $3,595.16 | $22,939.88 |
| | | | **TOTALS:** | | $26,552.57 | $3,612.69 | $22,939.88 |
| | | | Less: Bank transfers/CDs | | $4,890.57 | $0.00 | |
| | | | Subtotal | | $21,662.00 | $3,612.69 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $21,662.00 | $3,612.69 | |

| For the period of 4/11/2017 to 3/12/2018 | | For the entire history of the account between 10/24/2017 to 3/12/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $21,662.00 | Total Compensable Receipts: | $21,662.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $21,662.00 | Total Comp/Non Comp Receipts: | $21,662.00 |
| Total Internal/Transfer Receipts: | $4,890.57 | Total Internal/Transfer Receipts: | $4,890.57 |
| | | | |
| Total Compensable Disbursements: | $3,612.69 | Total Compensable Disbursements: | $3,612.69 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,612.69 | Total Comp/Non Comp Disbursements: | $3,612.69 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2 — Page No: 2 — Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-11401-JBS | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | $PORT$NUTZ, INC. | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***2915 | Checking Acct #: | ******7600 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 4/11/2017 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/12/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/16/2017 | (2) | $port$nutz, Inc | Turnover of bank account Turnover of bank account | 1129-000 | $4,913.64 | | $4,913.64 |
| 05/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $10.00 | $4,903.64 |
| 06/30/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $10.00 | $4,893.64 |
| 07/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $10.00 | $4,883.64 |
| 08/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $10.00 | $4,873.64 |
| 09/14/2017 | (7) | Village of Chicago Ridge | payment of invoice | 1221-000 | $36.93 | | $4,910.57 |
| 09/29/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $10.00 | $4,900.57 |
| 10/24/2017 | | Rabobank, N.A. | Bank Service Fee | 2600-000 | | $10.00 | $4,890.57 |
| 10/24/2017 | | Green Bank | Transfer Funds | 9999-000 | | $4,890.57 | $0.00 |
| | | | **TOTALS:** | | $4,950.57 | $4,950.57 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $4,890.57 | |
| | | | Subtotal | | $4,950.57 | $60.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $4,950.57 | $60.00 | |

| For the period of 4/11/2017 to 3/12/2018 | | For the entire history of the account between 05/17/2017 to 3/12/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,950.57 | Total Compensable Receipts: | $4,950.57 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,950.57 | Total Comp/Non Comp Receipts: | $4,950.57 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $60.00 | Total Compensable Disbursements: | $60.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $60.00 | Total Comp/Non Comp Disbursements: | $60.00 |
| Total Internal/Transfer Disbursements: | $4,890.57 | Total Internal/Transfer Disbursements: | $4,890.57 |

**FORM 2** Page No: 3 Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-11401-JBS | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | $PORT$NUTZ, INC. | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***2915 | Checking Acct #: | ******7600 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 4/11/2017 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/12/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $26,612.57 | $3,672.69 | $22,939.88 |

**For the period of 4/11/2017 to 3/12/2018**

| | |
|---|---|
| Total Compensable Receipts: | $26,612.57 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $26,612.57 |
| Total Internal/Transfer Receipts: | $4,890.57 |
| | |
| Total Compensable Disbursements: | $3,672.69 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,672.69 |
| Total Internal/Transfer Disbursements: | $4,890.57 |

**For the entire history of the case between 04/11/2017 to 3/12/2018**

| | |
|---|---|
| Total Compensable Receipts: | $26,612.57 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $26,612.57 |
| Total Internal/Transfer Receipts: | $4,890.57 |
| | |
| Total Compensable Disbursements: | $3,672.69 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,672.69 |
| Total Internal/Transfer Disbursements: | $4,890.57 |

/s/ DEBORAH K. EBNER

DEBORAH K. EBNER

CLAIM ANALYSIS REPORT

Page No: 1  Exhibit C

| Case No.: | 17-11401-JBS | | | | | | | Trustee Name: | | Deborah K. Ebner | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | $PORT$NUTZ, INC. | | | | | | | Date: | | 3/12/2018 | | |
| Claims Bar Date: | 10/17/2017 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DEBORAH K. EBNER  P.O. Box 929  Glenview IL 60025 | 12/22/2017 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $3,411.26 | $3,411.26 | $0.00 | $0.00 | $0.00 | $3,411.26 |
| | DEBORAH K. EBNER  P.O. Box 929  Glenview IL 60025 | 01/29/2018 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $89.58 | $89.58 | $0.00 | $0.00 | $0.00 | $89.58 |
| ADMIN | LOIS WEST  35 E. Wacker Drive, Suite 690  Chicago IL 60601 | 01/29/2018 | Accountant for Trustee Expenses (Other Firm) | Allowed | 3420-000 | $0.00 | $1,938.00 | $1,938.00 | $0.00 | $0.00 | $0.00 | $1,938.00 |
| ADMIN | WILLIAM J FACTOR  105 W Madison St  Suite 1500  Chicago IL 60602 | 01/29/2018 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $0.00 | $16.27 | $16.27 | $0.00 | $0.00 | $0.00 | $16.27 |
| ADMIN | WILLIAM J FACTOR  105 W Madison St  Suite 1500  Chicago IL 60602 | 01/29/2018 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $4,838.50 | $4,838.50 | $0.00 | $0.00 | $0.00 | $4,838.50 |
| ADMIN | AMERICAN AUCTION ASSC., INC | 02/14/2018 | Auctioneer for Trustee Expenses | Allowed | 3620-000 | $3,595.16 | $3,595.16 | $3,595.16 | $3,595.16 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | additional expenses awarded per order entered on docket today #22 | | | | | | | | | | | |
| 3 | CYNTHIA KERI  14237 Cleveland  Posen IL 60469 | 08/31/2017 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Withdrawn | 4110-000 | $4,000.00 | $4,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| Case No.: | 17-11401-JBS | | | | | | | Trustee Name: | | Deborah K. Ebner | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | $PORT$NUTZ, INC. | | | | | | | Date: | | 3/12/2018 | |
| Claims Bar Date: | 10/17/2017 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | ILLINOIS DEPARTMENT OF REVENUE-BANKRUPTCY  PO BOX 19035  SPRINGFIELD IL 62794-9035 | 01/30/2018 | Claims of Governmental Units | Allowed | 5800-000 | $15,419.58 | $14,879.56 | $14,879.56 | $0.00 | $0.00 | $0.00 | $14,879.56 |
| 1 | SPORTS LICENSED DIVISION OF THE ADIDAS GROUP LLC  8677 LOGO ATHLETIC COURT  INDIANAPOLIS IN 46219 | 05/24/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $25,323.16 | $27,625.99 | $27,625.99 | $0.00 | $0.00 | $0.00 | $27,625.99 |
| 2 | THE ANTIGUA GROUP INC.  POB 5300  Peoria AZ 85385 | 08/11/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,532.65 | $4,321.54 | $4,321.54 | $0.00 | $0.00 | $0.00 | $4,321.54 |
| 4 | MICHELLE SIMS  20601 Attica Road  Olympia Fields IL 60461 | 09/06/2017 | General Unsecured § 726(a)(2) | Withdrawn | 7100-000 | $7,500.00 | $7,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | E. STEPHEN SIMS  20601 Attica Road  Olympia Fields IL 60461 | 09/06/2017 | General Unsecured § 726(a)(2) | Withdrawn | 7100-000 | $20,450.00 | $20,950.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | VERIZON  by American InfoSource LP as agent  4515 N Santa Fe Ave  Oklahoma City OK 73118 | 09/08/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $363.73 | $190.91 | $190.91 | $0.00 | $0.00 | $0.00 | $190.91 |
| 7a | ILLINOIS DEPARTMENT OF REVENUE-BANKRUPTCY  PO BOX 19035  SPRINGFIELD IL 62794-9035 | 01/30/2018 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $0.00 | $1,338.28 | $1,338.28 | $0.00 | $0.00 | $0.00 | $1,338.28 |

# CLAIM ANALYSIS REPORT

| Case No. | 17-11401-JBS | | Trustee Name: | Deborah K. Ebner |
| --- | --- | --- | --- | --- |
| Case Name: | $PORT$NUTZ, INC. | | Date: | 3/12/2018 |
| Claims Bar Date: | 10/17/2017 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | $95,195.05 | $62,245.05 | $3,595.16 | $0.00 | $0.00 | $58,649.89 |

# CLAIM ANALYSIS REPORT

| Case No. | 17-11401-JBS | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | $PORT$NUTZ, INC. | Date: | 3/12/2018 |
| Claims Bar Date: | 10/17/2017 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---:|---:|---:|---:|---:|---:|
| Accountant for Trustee Expenses (Other Firm) | $1,938.00 | $1,938.00 | $0.00 | $0.00 | $0.00 | $1,938.00 |
| Attorney for Trustee Expenses (Trustee Firm) | $16.27 | $16.27 | $0.00 | $0.00 | $0.00 | $16.27 |
| Attorney for Trustee Fees (Trustee Firm) | $4,838.50 | $4,838.50 | $0.00 | $0.00 | $0.00 | $4,838.50 |
| Auctioneer for Trustee Expenses | $3,595.16 | $3,595.16 | $3,595.16 | $0.00 | $0.00 | $0.00 |
| Claims of Governmental Units | $14,879.56 | $14,879.56 | $0.00 | $0.00 | $0.00 | $14,879.56 |
| General Unsecured § 726(a)(2) | $60,588.44 | $32,138.44 | $0.00 | $0.00 | $0.00 | $32,138.44 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $4,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Tardy General Unsecured § 726(a)(3) | $1,338.28 | $1,338.28 | $0.00 | $0.00 | $0.00 | $1,338.28 |
| Trustee Compensation | $3,411.26 | $3,411.26 | $0.00 | $0.00 | $0.00 | $3,411.26 |
| Trustee Expenses | $89.58 | $89.58 | $0.00 | $0.00 | $0.00 | $89.58 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 1:17-BK-11401-JBS
Case Name: $PORT$NUTZ, INC.
Trustee Name: Deborah K. Ebner

Balance on hand: $22,939.88

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 3 | Cynthia Keri | $4,500.00 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $22,939.88

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Deborah K. Ebner, Trustee Fees | $3,411.26 | $0.00 | $3,411.26 |
| Deborah K. Ebner, Trustee Expenses | $89.58 | $0.00 | $89.58 |
| WILLIAM J FACTOR, Attorney for Trustee Fees | $4,838.50 | $0.00 | $4,838.50 |
| WILLIAM J FACTOR, Attorney for Trustee Expenses | $16.27 | $0.00 | $16.27 |
| Lois West, Accountant for Trustee Expenses | $1,938.00 | $0.00 | $1,938.00 |
| American Auction Assc., Inc, Auctioneer for Trustee Expenses | $3,595.16 | $3,595.16 | $0.00 |

Total to be paid for chapter 7 administrative expenses: $10,293.61
Remaining balance: $12,646.27

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $12,646.27

**UST Form 101-7-TFR (5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $14,879.56 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | ILLINOIS DEPARTMENT OF REVENUE-BANKRUPTCY | $14,879.56 | $0.00 | $12,646.27 |

|  |  |
|---|---|
| Total to be paid to priority claims: | $12,646.27 |
| Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $32,138.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | SPORTS LICENSED DIVISION OF THE ADIDAS GROUP LLC | $27,625.99 | $0.00 | $0.00 |
| 2 | The Antigua Group Inc. | $4,321.54 | $0.00 | $0.00 |
| 6 | Verizon | $190.91 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $1,338.28 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|

**UST Form 101-7-TFR (5/1/2011)**

| 7a | ILLINOIS DEPARTMENT OF REVENUE-BANKRUPTCY | $1,338.28 | $0.00 | $0.00 |
|---|---|---|---|---|

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**