**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 1:17-BK-11401-JBS |
| | § | |
| $PORT$NUTZ, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Deborah K. Ebner, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $29,700.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $12,646.27 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $13,966.30 | | |

3) Total gross receipts of $26,612.57 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $26,612.57 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $4,000.00 | $4,500.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $13,966.30 | $13,966.30 | $13,966.30 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $15,419.58 | $14,879.56 | $14,879.56 | $12,646.27 |
| General Unsecured Claims (from **Exhibit 7**) | $55,169.54 | $61,926.72 | $33,476.72 | $0.00 |
| **Total Disbursements** | $74,589.12 | $95,272.58 | $62,322.58 | $26,612.57 |

4). This case was originally filed under chapter 7 on 04/11/2017. The case was pending for 13 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/10/2018                    By:  /s/ Deborah K. Ebner
                                                      Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Finished goods: uiotnmg (jerseys, Hoodies, Tees, Caps, Coats and Jackets), January 2, 2017, Net Book Value: $144,000.00, | 1129-000 | $21,662.00 |
| Operating Checking Account Account at Chase Bank, xxxxxx4040 | 1129-000 | $4,913.64 |
| ACCOUNTS RECEIVABLE | 1221-000 | $36.93 |
| **TOTAL GROSS RECEIPTS** | | $26,612.57 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Cynthia Keri | 4110-000 | $4,000.00 | $4,500.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $4,000.00 | $4,500.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Deborah K. Ebner, Trustee | 2100-000 | NA | $3,411.26 | $3,411.26 | $3,411.26 |
| Deborah K. Ebner, Trustee | 2200-000 | NA | $89.58 | $89.58 | $89.58 |
| Green Bank | 2600-000 | NA | $17.53 | $17.53 | $17.53 |
| Rabobank, N.A. | 2600-000 | NA | $60.00 | $60.00 | $60.00 |
| WILLIAM J FACTOR, Attorney for Trustee | 3110-000 | NA | $4,838.50 | $4,838.50 | $4,838.50 |
| WILLIAM J FACTOR, Attorney for Trustee | 3120-000 | NA | $16.27 | $16.27 | $16.27 |
| Lois West, Accountant for Trustee | 3420-000 | NA | $1,938.00 | $1,938.00 | $1,938.00 |
| American Auction Assc., Inc, Auctioneer for Trustee | 3620-000 | NA | $3,595.16 | $3,595.16 | $3,595.16 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $13,966.30 | $13,966.30 | $13,966.30 |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | ILLINOIS DEPARTMENT OF REVENUE-BANKRUPTCY | 5800-000 | $15,419.58 | $14,879.56 | $14,879.56 | $12,646.27 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $15,419.58 | $14,879.56 | $14,879.56 | $12,646.27 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | SPORTS LICENSED DIVISION OF THE ADIDAS GROUP LLC | 7100-000 | $25,323.16 | $27,625.99 | $27,625.99 | $0.00 |
| 2 | The Antigua Group Inc. | 7100-000 | $1,532.65 | $4,321.54 | $4,321.54 | $0.00 |
| 4 | Michelle Sims | 7100-000 | $7,500.00 | $7,500.00 | $0.00 | $0.00 |
| 5 | E. Stephen Sims | 7100-000 | $20,450.00 | $20,950.00 | $0.00 | $0.00 |
| 6 | Verizon | 7100-000 | $363.73 | $190.91 | $190.91 | $0.00 |
| 7a | ILLINOIS DEPARTMENT OF REVENUE-BANKRUPTCY | 7200-000 | $0.00 | $1,338.28 | $1,338.28 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $55,169.54 | $61,926.72 | $33,476.72 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 17-11401-JBS | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | $PORT$NUTZ, INC. | Date Filed (f) or Converted (c): | 04/11/2017 (f) |
| For the Period Ending: | 5/10/2018 | §341(a) Meeting Date: | 05/15/2017 |
| | | Claims Bar Date: | 10/17/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1 Cash on hand | $2,000.00 | $2,000.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 2 Operating Checking Account Account at Chase Bank, xxxxxx4040 | $300.00 | $300.00 | | $4,913.64 | FA |
| **Asset Notes:** | | | | | |
| 3 ComEd | $200.00 | $200.00 | | $0.00 | FA |
| 4 Finished goods: uiotnmg (jerseys, Hoodies, Tees, Caps, Coats and Jackets), January 2, 2017, Net Book Value: $144,000.00, Valuation Method: N/A | $144,000.00 | $144,000.00 | | $21,662.00 | FA |
| 5 Computers, Cash Registers and Television. | $2,500.00 | $2,500.00 | | $0.00 | FA |
| 6 Franchise License (Pro Image sports, Inc.). | $25,000.00 | $25,000.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 7 ACCOUNTS RECEIVABLE (u) | $0.00 | $0.00 | | $36.93 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

| | $174,000.00 | $174,000.00 | | $26,612.57 | $0.00 |

**Major Activities affecting case closing:**

    May 2017 - Trustee's auctioneer removed inventory from premises and is in process of scheduling a sale of goods for estate.

**Initial Projected Date Of Final Report (TFR):**    12/31/2020      **Current Projected Date Of Final Report (TFR):**    12/31/2020      /s/ DEBORAH K. EBNER

DEBORAH K. EBNER

| Case No. | 17-11401-JBS | Trustee Name: | Deborah K. Ebner |
| --- | --- | --- | --- |
| Case Name: | $PORT$NUTZ, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2915 | Checking Acct #: | ******0101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 4/11/2017 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/10/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/24/2017 | | Rabobank, N.A. | Transfer Funds | 9999-000 | $4,890.57 | | $4,890.57 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $2.03 | $4,888.54 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $7.63 | $4,880.91 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $7.87 | $4,873.04 |
| 01/08/2018 | (4) | American Auction Associates, Inc | | 1129-000 | $21,662.00 | | $26,535.04 |
| 02/14/2018 | 5001 | American Auction Assc., Inc | Per Order EOD Feb. 13, 2018 | 3620-000 | | $3,595.16 | $22,939.88 |
| 04/17/2018 | 5002 | Deborah K. Ebner | Trustee Compensation | 2100-000 | | $3,411.26 | $19,528.62 |
| 04/17/2018 | 5003 | Deborah K. Ebner | Trustee Expenses | 2200-000 | | $89.58 | $19,439.04 |
| 04/17/2018 | 5004 | Lois West | Claim #: ; Amount Claimed: $1,938.00; Distribution Dividend: 100.00%; Account Number: ; Distribution Dividend: 100.00; | 3420-000 | | $1,938.00 | $17,501.04 |
| 04/17/2018 | 5005 | WILLIAM J FACTOR | Claim #: ; Amount Claimed: $4,838.50; Distribution Dividend: 100.00%; Account Number: ; Distribution Dividend: 100.00; | 3110-000 | | $4,838.50 | $12,662.54 |
| 04/17/2018 | 5006 | WILLIAM J FACTOR | Claim #: ; Amount Claimed: $16.27; Distribution Dividend: 100.00%; Account Number: ; Distribution Dividend: 100.00; | 3120-000 | | $16.27 | $12,646.27 |
| 04/17/2018 | 5007 | ILLINOIS DEPARTMENT OF REVENUE-BANKRUPTCY | Claim #: 7; Amount Claimed: $14,879.56; Distribution Dividend: 84.99%; Account Number: ; Distribution Dividend: 84.99; | 5800-000 | | $12,646.27 | $0.00 |

**SUBTOTALS**  $26,552.57  $26,552.57

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-11401-JBS | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | $PORT$NUTZ, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2915 | Checking Acct #: | ******0101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 4/11/2017 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/10/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $26,552.57 | $26,552.57 | $0.00 |
| | | | Less: Bank transfers/CDs | | $4,890.57 | $0.00 | |
| | | | Subtotal | | $21,662.00 | $26,552.57 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $21,662.00 | $26,552.57 | |

| For the period of 4/11/2017 to 5/10/2018 | | For the entire history of the account between 10/24/2017 to 5/10/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $21,662.00 | Total Compensable Receipts: | $21,662.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $21,662.00 | Total Comp/Non Comp Receipts: | $21,662.00 |
| Total Internal/Transfer Receipts: | $4,890.57 | Total Internal/Transfer Receipts: | $4,890.57 |
| | | | |
| Total Compensable Disbursements: | $26,552.57 | Total Compensable Disbursements: | $26,552.57 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $26,552.57 | Total Comp/Non Comp Disbursements: | $26,552.57 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-11401-JBS | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | $PORT$NUTZ, INC. | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***2915 | Checking Acct #: | ******7600 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 4/11/2017 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/10/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/16/2017 | (2) | $port$nutz, Inc | Turnover of bank account Turnover of bank account | 1129-000 | $4,913.64 | | $4,913.64 |
| 05/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $10.00 | $4,903.64 |
| 06/30/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $10.00 | $4,893.64 |
| 07/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $10.00 | $4,883.64 |
| 08/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $10.00 | $4,873.64 |
| 09/14/2017 | (7) | Village of Chicago Ridge | payment of invoice | 1221-000 | $36.93 | | $4,910.57 |
| 09/29/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $10.00 | $4,900.57 |
| 10/24/2017 | | Rabobank, N.A. | Bank Service Fee | 2600-000 | | $10.00 | $4,890.57 |
| 10/24/2017 | | Green Bank | Transfer Funds | 9999-000 | | $4,890.57 | $0.00 |
| | | | TOTALS: | | $4,950.57 | $4,950.57 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $4,890.57 | |
| | | | Subtotal | | $4,950.57 | $60.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $4,950.57 | $60.00 | |

**For the period of 4/11/2017 to 5/10/2018**

| | |
|---|---|
| Total Compensable Receipts: | $4,950.57 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,950.57 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $60.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $60.00 |
| Total Internal/Transfer Disbursements: | $4,890.57 |

**For the entire history of the account between 05/17/2017 to 5/10/2018**

| | |
|---|---|
| Total Compensable Receipts: | $4,950.57 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,950.57 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $60.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $60.00 |
| Total Internal/Transfer Disbursements: | $4,890.57 |

FORM 2
Page No: 4    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 17-11401-JBS |
| **Case Name:** | $PORT$NUTZ, INC. |
| **Primary Taxpayer ID #:** | **-***2915 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 4/11/2017 |
| **For Period Ending:** | 5/10/2018 |

| | |
|---|---|
| **Trustee Name:** | Deborah K. Ebner |
| **Bank Name:** | Rabobank, N.A. |
| **Checking Acct #:** | ******7600 |
| **Account Title:** | Checking |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $26,612.57 | $26,612.57 | $0.00 |

**For the period of 4/11/2017 to 5/10/2018**

| | |
|---|---|
| Total Compensable Receipts: | $26,612.57 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $26,612.57 |
| Total Internal/Transfer Receipts: | $4,890.57 |
| | |
| Total Compensable Disbursements: | $26,612.57 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $26,612.57 |
| Total Internal/Transfer Disbursements: | $4,890.57 |

**For the entire history of the case between 04/11/2017 to 5/10/2018**

| | |
|---|---|
| Total Compensable Receipts: | $26,612.57 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $26,612.57 |
| Total Internal/Transfer Receipts: | $4,890.57 |
| | |
| Total Compensable Disbursements: | $26,612.57 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $26,612.57 |
| Total Internal/Transfer Disbursements: | $4,890.57 |

/s/ DEBORAH K. EBNER

DEBORAH K. EBNER